UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LA'SHAUN CLARK.<br><br>                  Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HOUSING AUTHORITY, et al.,<br><br>                  Defendants. | 24-CV-1625 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on, **June 11, 2024 at 11:00 AM**. Plaintiff and counsel for Defendants are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 629 706 645 #.**

DATED:  June 5, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge