UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LA'SHAUN CLARK.<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>NEW YORK CITY HOUSING AUTHORITY, et al.,<br><br>　　　　　　　　Defendants. | 24-CV-1625 (AT) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　I am in receipt of the attached correspondence and am filing it on the docket.

DATED:　August 5, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | LASHAUN CLARK <zavion00@msn.com> |
| **Sent:** | Friday, August 2, 2024 11:34 AM |
| **To:** | Lourdes Aquino |
| **Cc:** | Tarnofsky NYSD Chambers; Richard E. Leff; pkurshan@herzfeld-rubin.com; Nitin Sain |
| **Subject:** | Fwd: Clark v. New York City Housing Authority et., al case no: 1:24-cv-01625-AT-RFT URGENT - Documents not properly filed are missing several documents emailed to pro se office on 7/31/24 |
| **Attachments:** | Letter to the Honorable Robyn F. Tarnofsky dated 8124.pdf |

**CAUTION - EXTERNAL:**

Good morning,

To: Lourdes Aquino SDNY Pro se office manager

I am forwarding a letter that I sent to the Honorable Judge Robyn F. Tarnofsky regarding regarding my response documents and Exhibits that the pro se office has not filed.
I am respectfully asking that the pro se office file my documents I sent to the Pro se email address on 7/31/24. I called the pro se office multiple times on 7/30/24 and on 7/31/24 explaining that I had to resend my documents and not to file the 7/29/24 and 7/30/24 documents because of the Microsoft global outage that the previous emails certain documents had failed to attach. I spoke to two different people Diaz and Nick; I also spoke to someone named Noreaga who stated that the pro se office received all my 7/31/24 documents that properly sent and attached. I had to call the main clerks office as well just to get in touch with someone to address this issue. The pro se office has not filed all my documents and did not file them properly. I respectfully ask that the pro se office file the 7/31/24 emails and file the attached Exhibits F through W separately. I have email confirmation that the pro se office did receive all my 14 emails sent on Wednesday July 31, 2024 starting at 1:44 pm to 2:09 pm

I have copied all parties in this email on this case regarding this and the judges chambers as this is an internal issue that I have no control over. Please at your convenience fix this issue. I spoke to your staff member Noreaga who stated you were in a meeting and to call back at 11:30 am.

Respectfully,
La'Shaun Clark/Pro Se IFP-Plaintiff
Date: August 2, 2024

Begin forwarded message:

> **From:** LASHAUN CLARK <zavion00@msn.com>
> **Date:** August 1, 2024 at 11:56:13 AM EDT
> **To:** ProSe@nysd.uscourts.gov, TarnofskyNYSDChambers@nysd.uscourts.gov
> **Subject: Clark v. New York City Housing Authority et., al case no: 1:24-cv-01625-AT-RFT URGENT - Letter to the Honorable Judge Robyn F. Tarnofsky dated August 1, 2024**

1

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LA'SHAUN CLARK,

        Plaintiff,                                      Case 1:24-cv-01625-AT- RFT

-v.-

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION & ENVIRONMENTAL SERVICES, INC.;
JLC ENVIRONMENTAL CONSULTANTS, INC.

        Defendants,

To: The Honorable Robyn F. Tarnofsky
From: Pro se IFP Plaintiff / La'Shaun Clark
Date: August 1, 2024

Re: Clark v. New York City Housing Authority et., al  case no: 1:24-cv-01625-AT-RFT

Plaintiff is informing the court that I have filed my combined memorandum of law in response to all defendants motion to dismiss and summary judgment.
I contacted the pro se office at 212-805-0175 on July 30th. and July 31, 2024 and spoke to two different people by the name of Diaz and Nick to advise them that I had to send my documents several times as I was receiving error messages from my Microsoft email server stating attachments had not downloaded for when I initially sent my documents with Exhibits on July 29, 2024. I explained to the pro se office that I have resent my filings on July 31, 2024 and that those filings included Exhibits F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V and W. The July 31, 2024 filings did properly download the attachments and the July 31, 2024 emails sent to ProSe@nysd.uscourts.gov are in PDF format less than 10 mb are in compliance with the email filing instructions. The July 31, 2024 emails to the pro se email address ProSe@nysd.uscourts.gov are the ones to be filed with the court any prior emails are not to be filed as Microsoft email server stated several attachments had failed to properly download.
I would like the court to know that my response with attached Exhibits F through W are timely and I'm just waiting for the pro se office to file them on the docket.

Respectfully Submitted,
La'Shaun Clark
Pro Se IFP Plaintiff

1