UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LA'SHAUN CLARK.<br><br>                       Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY HOUSING AUTHORITY, et al.,<br><br>                      Defendants. | 24-CV-1625 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **August 26, 2024 at 10:30 AM**. Plaintiff and counsel for Defendants are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 961 580 002 #.**

DATED:  August 22, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge