**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LA'SHAUN CLARK,

                  Plaintiff,                  24 **CIVIL** 1625 (AT)(RFT)

      -against-                          **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &
ENVIRONMENTAL SERVICES, INC.;
JLC ENVIRONMENTAL CONSULTANTS, INC.,

                  Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2025, the Court has OVERRULED Clark's objections and the R&R is ADOPTED in full. Defendants' motions to dismiss are GRANTED and Clark's motion for partial summary judgment is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
          February 28, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                          **BY:**          K. Mango

                                                    **Deputy Clerk**